IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES ALPINE, <br> TDCJ-CID NO. 1422624, <br><br> Petitioner, <br><br> v. <br><br> RICK THALER, <br><br> Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. H-12-2445 |

## FINAL JUDGMENT

For the reasons stated in the court's Memorandum Opinion and Order entered this date, this action is **DISMISSED**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 28th day of August, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE